Bruce R. Zirinsky (BZ 2990)
Gregory M. Petrick (GP 2175)
CADWALADER, WICKERSHAM & TAFT LLP
Attorneys for Defendant-Counterclaimant
Northwest Airlines, Inc.
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666
-and-
Mark C. Ellenberg (ME 6927)
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street N.W., Suite 1100
Washington, DC  20004
Telephone:  (202) 862-2200
Facsimile:  (202) 862-2400

Jeffrey A. Eyres (admitted *pro hac vice*)
Brian W. Thomson (admitted *pro hac vice*)
LEONARD STREET AND DEINARD
Attorneys for Defendant-Counterclaimant
Northwest Airlines, Inc.
150 South 5th Street, Suite 2300
Minneapolis, Minnesota  55402
Telephone:  (612) 335-7090
Facsimile:  (612) 335-1657

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **NORTHWEST AIRLINES CORPORATION, <u>et al.</u>,** | **Case No. 05-17930 (ALG)** |
| **Debtors.** | **Jointly Administered** |
| **CAPP SEVILLE, INC.,** | **Adv. Pro. No. 06-01446** |
| **Plaintiff,** | |
| v. | |
| **NORTHWEST AIRLINES, INC.** | |
| **Defendant.** | |
| **NORTHWEST AIRLINES, INC.,** | |
| **Third Party Plaintiff,** | |
| v. | |
| **LARKEN, INC.** | |
| **Third Party Defendant.** | |

----------------------------------------------------------------x

USActive 12618709.1

## NOTICE OF APPEAL

Northwest Airlines, Inc., the defendant-counterclaimant in the above-captioned adversary proceeding, appeals under 28 U.S.C. § 158(a) from the final Order Denying Northwest Airlines, Inc's Motion for Summary Judgment on the Issue of Plaintiff Capp Seville, Inc.'s Liability for Breach of Contract and Granting Plaintiff-Counterclaim-Defendant Capp Seville, Inc.'s Cross-Motion for Summary Judgment as to All Issues Raised Against it by Northwest Airlines, Inc. in its Counterclaim, entered in this adversary proceeding on the 11th day of April, 2008 (see Docket No. 97).

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Northwest Airlines, Inc., Defendant-Counterclaimant | Bruce R. Zirinsky (BZ 2990)<br>Gregory M. Petrick (GP 2175)<br>CADWALADER, WICKERSHAM & TAFT LLP<br>One World Financial Center<br>New York, New York  10281<br>Telephone:  (212) 504-6000<br>Facsimile:  (212) 504-6666<br><br>Mark C. Ellenberg (ME 6927)<br>CADWALADER, WICKERSHAM & TAFT LLP<br>1201 F Street N.W., Suite 1100<br>Washington, DC  20004<br>Telephone:  (202) 862-2200<br>Facsimile:  (202) 862-2400<br><br>Jeffrey A. Eyres (admitted *pro hac vice*)<br>Brian W. Thomson (admitted *pro hac vice*)<br>LEONARD STREET AND DEINARD<br>150 South 5th Street, Suite 2300<br>Minneapolis, Minnesota  55402<br>Telephone:  (612) 335-7090<br>Facsimile:  (612) 335-1657 |

| | |
|---|---|
| Capp Seville, Inc.,<br>Plaintiff-Counterclaim-Defendant | David B. Goroff (DG 1374)<br>Derek L. Wright (DW 6337)<br>FOLEY & LARDNER LLP<br>321 N. Clark Street, Suite 2800<br>Chicago, Illinois  60610<br>Telephone:  (312) 832-4500<br>Facsimile:  (312) 832-4700<br><br>Todd C. Norbitz (TN 5747)<br>FOLEY & LARDNER LLP<br>90 Park Avenue, 37th Floor<br>New York, New York  10016-1314<br>Telephone:  (212) 682-7474<br>Facsimile:  (212) 687-2329 |
| Larken, Inc.,<br>Third Party-Defendant | Dale E. Barney<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey  07102-5310<br>Telephone:  (973) 596-4557<br>Facsimile:  (973) 596-0545<br><br>Dan Childers<br>Paula L. Roby<br>ELDERKIN & PIRNIE, PLC<br>115 First Avenue SE<br>P.O. Box 1968<br>Cedar Rapids, Iowa  52406-1968<br>Telephone:  (319) 362-2137<br>Facsimile:  (319) 632-1640 |

Dated: April 21, 2008
New York, New York

        CADWALADER, WICKERSHAM & TAFT LLP

        */s/ Gregory M. Petrick*
        Bruce R. Zirinsky (BZ 2990)
        Gregory M. Petrick (GP 2175)
        One World Financial Center
        New York, New York 10281
        Telephone: (212) 504-6000
        Facsimile: (212) 504-6666

        - and -

        Mark C. Ellenberg (ME 6927)
        1201 F Street N.W., Suite 1100
        Washington, DC 20004
        Telephone: (202) 862-2200
        Facsimile: (202) 862-2400

        Attorneys for Defendant-Counterclaimant
        Northwest Airlines, Inc.