| | |
|---|---|
| Bruce R. Zirinsky (BZ 2990) | Jeffrey A. Eyres (admitted *pro hac vice*) |
| Gregory M. Petrick (GP 2175) | Brian W. Thomson (admitted *pro hac vice*) |
| CADWALADER, WICKERSHAM & TAFT LLP | LEONARD STREET AND DEINARD |
| Attorneys for Defendant/Counterclaimant | Attorneys for Defendant/Counterclaimant |
| Northwest Airlines, Inc. | Northwest Airlines, Inc. |
| One World Financial Center | 150 South 5th Street, Suite 2300 |
| New York, New York 10281 | Minneapolis, Minnesota 55402 |
| Telephone: (212) 504-6000 | Telephone: (612) 335-7090 |
| Facsimile: (212) 504-6666 | Facsimile: (612) 335-1657 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| | **Case No. 05-17930 (ALG)** |
| **NORTHWEST AIRLINES CORPORATION, <u>et al.</u>,** | |
| Debtors. | **Jointly Administered** |
| _____ | |
| **CAPP SEVILLE, INC.,** | **Adv. Pro. No. 06-01446** |
| Plaintiff, | |
| v. | |
| **NORTHWEST AIRLINES, INC.** | |
| Defendant. | |
| **NORTHWEST AIRLINES, INC.,** | |
| Third Party Plaintiff, | |
| v. | |
| **LARKEN, INC.,** | |
| Third Party Defendant. | |

-----------------------------------------------------------------------x

5210519.1

1

## DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL AND STATEMENT OF ISSUES PRESENTED

Pursuant to Bankruptcy Rule 8006, Appellant Northwest Airlines, Inc. ("Northwest") hereby submits its designation of items to be included in the record on appeal of the Bankruptcy Court's April 11, 2008 Order denying Northwest's Motion for Summary Judgment on the Issue of Plaintiff Capp Seville, Inc.'s Liability for Breach of Contract and Granting Plaintiff-Counterclaim Defendant Capp Seville, Inc.'s Cross-Motion for Summary Judgment as to All Issues Raised Against it by Northwest Airlines, Inc. in its Counterclaim, as well as a statement of the issues to be presented on appeal.

### DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL

Northwest designates the following items to be included in the record on appeal:

1. Complaint against Northwest Airlines, Inc. and attached Exhibits 1-9, dated April 27, 2006 (Docket No. 1);

2. Northwest Airlines, Inc.'s Answer to Complaint, Counterclaim against Capp Seville, Inc., dated June 6, 2006 (Docket No. 13);

3. Capp Seville, Inc.'s Answer to Northwest Airlines, Inc's Counterclaim, dated June 26, 2006 (Docket No. 18);

4. Northwest Airlines, Inc.'s Amended Counterclaim against Capp Seville, Inc., dated July 9, 2007 (Docket No. 65);

5. Capp Seville, Inc.'s Answer and Affirmative Defenses to Amended Counterclaim of Northwest Airlines, Inc., dated June 28, 2007 (Docket No. 64);

6. Defendant/Counterclaimant Northwest Airlines, Inc.'s Motion for Summary Judgment on the Issue of Plaintiff Capp Seville, Inc.'s Liability for Breach of Contract, dated August 1, 2007 (Docket No. 70);

7. Defendant/Counterclaimant's Northwest Airlines, Inc.'s Memorandum in Support of Motion for Summary Judgment on the Issue of Plaintiff's Liability for Breach of Contract, dated August 1, 2007 (Docket No. 71);

8. Defendant/Counterclaimant's Northwest Airlines, Inc.'s Statement of Material Facts as to Which There Is No Genuine Issue to Be Tried Pursuant to Local Bankruptcy Rule 7056 in Support of Motion for Summary Judgment on the Issue of Plaintiff's Liability for Breach of Contract, dated August 1, 2007 (Docket No. 72);

9. Declaration of Jeffrey A. Eyres in Support of Defendant/Counterclaimant Northwest Airlines, Inc.'s (I) Motion for Summary Judgment on the Issue of Plaintiff's Liability for Breach of Contract and (II) Statement of Material Facts as to Which There Is No Genuine Issue to Be Tried and attached Exhibits A –Z, dated August 1, 2007 (Docket No. 73);

10. Plaintiff-Counterclaim-Defendant Capp Seville, Inc.'s Cross-Motion for Summary Judgment as to All Issues Raised Against It By Northwest Airlines Inc. in Its Counterclaim, dated August 24, 2007 (Docket No. 75);

11. Memorandum of Plaintiff-Counterclaim-Defendant Capp Seville Inc. In Support of Its Cross-Motion for Summary Judgment as to All Claims Raised Against It By Counterclaim-Plaintiff Northwest Airlines, Inc. ("Northwest") and in Opposition to Northwest's Cross-Motion, dated August 24, 2007 (Docket No. 76);

12. Plaintiff-Counterclaim-Defendant Capp Seville Inc.'s Statement of Material Facts as to Which There Is No Genuine Issue to Be Tried Pursuant to Local Bankruptcy Rule 7056 in Support of Its Cross-Motion for Summary Judgment and in Opposition To the Cross-Motion of Northwest Airlines, Inc. ("Northwest"), dated August 24, 2007 (Docket No. 77);

13. Capp Seville Inc.'s Responses to Defendant/Counterclaimant Northwest Airlines, Inc.'s Alleged Undisputed Material Facts, dated August 24, 2007 (Docket No. 78);

14. Declaration of David B. Goroff In Support of Plaintiff-Counterclaim-Defendant Capp Seville Inc.'s (I) Cross-Motion for Summary Judgment in Capp's Favor as to All Issues Raised By Defendant-Counterclaimant Northwest Airlines, Inc. and (II) Statement of Material Facts as to Which There Is No Genuine Issue to Be Tried, and attached Exhibits 1-47, dated August 24, 2007 (Docket No. 79);

15. Defendant/Counterclaimant Northwest Airlines, Inc.'s Reply Memorandum in Support of its Motion for Summary Judgment on the Issue of Liability and Memorandum in Opposition to Plaintiff/Counterclaim Defendant Capp Seville, Inc.'s Motion for Summary Judgment, dated September 14, 2007 (Docket No. 81);

16. Declaration of Brian W. Thomson in Support of Defendant/Counterclaimant Northwest Airlines, Inc.'s (I) Reply Memorandum in Support of its Motion for Summary Judgment on the Issue of Liability, (II) Memorandum in Opposition to Plaintiff/Counterclaim Defendant Capp Seville, Inc.'s Motion for Summary Judgment, and (III) Response to Plaintiff/Counterclaim Defendant Capp Seville, Inc.'s Statement of Material Facts, and attached Exhibits A-SS, dated September 14, 2007 (Docket No. 82);

17. Defendant/Counterclaimant Northwest Airlines, Inc.'s Response to Plaintiff-Counterclaim Defendant Capp Seville, Inc.'s Statement Of Material Facts, dated September 14, 2007 (Docket No. 83);

18. Reply Memorandum of Capp Seville Inc. in Support of Its Cross-Motion for Summary Judgment and in Opposition to Northwest's Cross-Motion, dated October 5, 2007 (Docket No. 85);

19. Declaration Of David B. Goroff in Support of Plaintiff-Counterclaim-Defendant Capp Seville Inc.'s Reply Memorandum in Support of Its Cross-Motion for Summary Judgment and in Opposition to Northwest's Cross-Motion, dated October 5, 2007 (Docket No. 86);

20. [Corrected] Reply Memorandum of Capp Seville Inc. in Support of Its Cross-Motion for Summary Judgment [sic] (corrected pdf image document no. 85), dated October 5, 2007 (Docket No. 88);

21. Letter to Court Regarding Supplemental Briefing from Jeffrey Eyres, dated October 30, 2007 (Docket No. 89);

22. Letter to Court Regarding Supplemental Briefing from David B. Goroff, dated November 6, 2007 (Docket No. 91);

23. Memorandum of Opinion Signed on 3/11/2008 Regarding Summary Judgment (Docket No. 93);

24. Order Signed on 4/11/2008 Denying Northwest Airlines, Inc.'s Motion for Summary Judgment on the Issue of Plaintiff Capp Seville, Inc.'s Liability for Breach of Contract and Granting Plaintiff-Counterclaim Defendant Capp Seville, Inc.'s Cross-Motion for Summary Judgment as to All Issues Raised Against it by Northwest Airlines, Inc. in its Counterclaim (Docket No. 97).

**STATEMENT OF ISSUES PRESENTED ON APPEAL**

1. Whether the Bankruptcy Court erred in denying Northwest Airlines, Inc.'s Motion for Summary Judgment on the Issue of Plaintiff Capp Seville, Inc.'s Liability for Breach of Contract.

2.  Whether the Bankruptcy Court erred in granting Plaintiff-Counterclaim-Defendant Capp Seville, Inc.'s Cross-Motion for Summary Judgment as to All Issues Raised Against it by Northwest Airlines, Inc. in its Counterclaim.

Dated: May 1, 2008
New York, New York

**CADWALADER, WICKERSHAM & TAFT LLP**

*/s/* Gregory M. Petrick
Bruce R. Zirinsky (BZ 2990)
Gregory M. Petrick (GP 2175)
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666

- and -

**LEONARD STREET AND DEINARD**

Jeffrey A. Eyres (admitted *pro hac vice*)
Brian W. Thomson (admitted *pro hac vice*)
150 South 5th Street, Suite 2300
Minneapolis, MN  55402
Telephone:  (612) 335-7090
Facsimile:  (612) 335-1657

Attorneys for Defendant/Counterclaimant Northwest Airlines, Inc.