UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In Re
Northwest Airlines Corporation

Debtor
Northwest Airlines Corporation

08cv4742(GBD)
SCHEDULING ORDER

Northwest Airlines Corporation,
                Appellant,

    -against-

Capp Seville, Inc.,
                Appellee,
---------------------------------------------------------------X
GEORGE B. DANIELS, District Court Judge:

    An appeal of an Order of the Bankruptcy Court of the Southern District of New York having been filed and both appellant and appellee having submitted their designation of record on appeal, it is hereby,

    ORDERED, that appellant's memorandum of law in support of its appeal shall be submitted by **July 24, 2008** appellees' opposition shall be submitted by **October 2, 2008**, and appellant's reply shall be submitted by **January 15, 2009**.

    IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide one courtesy copy to United States Courthouse, 500 Pearl Street, Courtroom 15D, New York, New York 10007.

Dated: New York, New York
       May 22, 2008

SO ORDERED:

*George B Daniels*
George B. Daniels, USDJ