Case 1:08-cv-04742-GBD   Document 5   Filed 07/25/2008   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:
Northwest Airlines Corporation

Debtor
Northwest Airlines Corporation

Northwest Airlines Corporation,
          Appellant,

    -against-

Capp Seville, Inc.,

          Appellee.
------------------------------------------------------------x

08cv4742(GBD)
REVISED SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

### REVISED SCHEDULING ORDER

Northwest Airlines Corporation (the "Appellant") and certain of its affiliated entities, that were debtors and debtors in possession in the above-captioned cases having filed an appeal of an Order of the Bankruptcy Court of the Southern District of New York (the "Appeal"); and upon both the Appellant and Capp Seville, Inc. (the "Appellee") having agreed upon the following modification of the scheduling order entered in the Appeal on May 28, 2008 [Docket No. 4]; and after due deliberation and sufficient cause appearing therefor

IT IS HEREBY ORDERED that:

1. The deadline for the Appellant to file its memorandum of law in support of the Appeal is August 7, 2008 at 5:00 p.m.

2. The deadline for the Appellee to file its opposition to the Appeal is October 16, 2008.

3. The deadline for the Appellant to file a reply to any opposition to the Appeal filed by the Appellee is January 29, 2009.

4.  The schedule set forth in this Order may be modified by agreement between the parties without further order of the Court or upon application to the Court for good cause shown.

Dated: __JUL 2 5 2008__, 2008
New York, New York

_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

**HON. GEORGE B. DANIELS**