| Bruce R. Zirinsky | Jeffrey A. Eyres* |
| Gregory M. Petrick | Brian W. Thomson* |
| Nathan A. Haynes | LEONARD STREET AND DEINARD PA |
| CADWALADER, WICKERSHAM & TAFT LLP | Counsel for Appellant Northwest Airlines, Inc. |
| Counsel for Appellant Northwest Airlines, Inc. | 150 South 5th Street, Suite 2300 |
| One World Financial Center | Minneapolis, Minnesota 55402 |
| New York, New York 10281 | Telephone: (612) 335-1500 |
| Telephone: (212) 504-6000 | Facsimile: (612) 335-1657 |
| Facsimile: (212) 504-6666 | *(*Pro Hac Vice* Admission Pending) |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>NORTHWEST AIRLINES CORPORATION, *et al.*,<br><br>Debtors.<br><br>NORTHWEST AIRLINES, INC.,<br><br>Appellant,<br><br>-against-<br><br>CAPP SEVILLE, INC.,<br><br>Appellee. | Bankruptcy Court<br>Chapter 11<br>Case No.: 05-17930 (ALG)<br>Adv. Pro. No. 06-01446<br>Jointly Administered<br><br><br>CIVIL ACTION<br><br>No. 08-04742 (GBD)<br><br>Hon. George B. Daniels |

<u>**MOTION TO ADMIT COUNSEL *PRO HAC VICE***</u>

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Nathan A. Haynes, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Jeffrey A. Eyres
Leonard, Street and Deinard
Professional Association
150 S. 5th St., Suite 2300
Minneapolis, MN 55402
(612) 335-1974
(612) 335-1657

Jeffrey A. Eyres is a member in good standing of the Bar of the State of Minnesota. There are no pending disciplinary proceedings against Jeffrey A. Eyres in any State or Federal court.

Dated: August 1, 2008
New York, New York

CADWALADER, WICKERSHAM & TAFT LLP

Bruce R. Zirinsky
Gregory M. Petrick
Nathan A. Haynes
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

- and -

**LEONARD STREET AND DEINARD PA**

Jeffrey A. Eyres*
Brian W. Thomson*
150 South 5th Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
*(*Pro Hac Vice* Admission Pending)

Counsel for Appellant Northwest Airlines, Inc.

Bruce R. Zirinsky
Gregory M. Petrick
Nathan A. Haynes
CADWALADER, WICKERSHAM & TAFT LLP
Counsel for Appellant Northwest Airlines, Inc.
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666

Jeffrey A. Eyres*
Brian W. Thomson*
LEONARD STREET AND DEINARD PA
Counsel for Appellant Northwest Airlines, Inc.
150 South 5th Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone:  (612) 335-1500
Facsimile:  (612) 335-1657
*(*Pro Hac Vice* Admission Pending)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**NORTHWEST AIRLINES CORPORATION,** *et al.*,<br><br>                                        **Debtors.** | **Bankruptcy Court**<br>**Chapter 11**<br>Case No.: 05-17930 (ALG)<br>Adv. Pro. No. 06-01446<br>**Jointly Administered** |
| **NORTHWEST AIRLINES, INC.,**<br><br>                                        **Appellant,**<br><br>            -against-<br><br>**CAPP SEVILLE, INC.,**<br><br>                                        **Appellee.** | CIVIL ACTION<br><br>No. 08-04742 (GBD)<br><br>Hon. George B. Daniels |

State of New York    )
                                    )    ss:
County of New York )

### AFFIDAVIT OF NATHAN A. HAYNES IN SUPPORT OF
### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Nathan A. Haynes, being duly sworn, hereby deposes and says as follows:

1.      I am Special Counsel at Cadwalader, Wickersham & Taft, LLP, counsel for Appellant Northwest Airlines, Inc. in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts

set forth herein and in support of Appellant's motion to admit Jeffrey A. Eyres as counsel *pro hac vice* to represent Appellant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 24, 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Jeffrey A. Eyres since 2006.

4. Jeffrey A. Eyres is an attorney at Leonard, Street and Deinard, PA in Minneapolis, Minnesota.

5. A Certificate of Good Standing for Jeffrey A. Eyres from the State of Minnesota Supreme Court is attached hereto as Exhibit A.

6. I have found Jeffrey A. Eyres to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

7. Accordingly, I am pleased to move the admission of Jeffrey A. Eyres, *pro hac vice*.

8. I respectfully submit a proposed order granting the admission of Jeffrey A. Eyres, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Jeffrey A. Eyres, *pro hac vice*, to represent Appellant in the above captioned matter, be granted.

Respectfully submitted,

_____
Nathan A. Haynes (NH 4955)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

SWORN TO BEFORE ME this
1st day of August, 2008

_____
NOTARY PUBLIC

DOREEN CUSUMANO
Notary Public, State of New York
No. 01CU6065126
Qualified in Richmond County
Commission Expires October 9, 20_09_

USActive 13561664.2                         3

**<u>EXHIBIT A</u>**

**<u>EXHIBIT A</u>**

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

JEFFREY ARTHUR EYRES

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 23, 1992

Given under my hand and seal of this court on

July 30, 2008

Fredrick K. Grittner
Clerk of Appellate Courts

**<u>EXHIBIT B</u>**

Case 1:08-cv-04742-GBD  Document 6  Filed 08/01/2008  Page 8 of 11

**<u>EXHIBIT B</u>**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**NORTHWEST AIRLINES CORPORATION**, *et al.*,<br><br>    Debtors. | **Bankruptcy Court**<br>**Chapter 11**<br>Case No.: 05-17930 (ALG)<br>Adv. Pro. No. 06-01446<br>**Jointly Administered** |
| **NORTHWEST AIRLINES, INC.**,<br><br>        Appellant,<br><br>-against-<br><br>**CAPP SEVILLE, INC.**,<br><br>        **Appellee.** | **CIVIL ACTION**<br><br>No. 08-04742 (GBD)<br><br>Hon. George B. Daniels |

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Nathan A. Haynes attorney for Northwest Airlines, Inc. and said sponsor of attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Jeffrey A. Eyres
Leonard, Street and Deinard
Professional Association
150 S. 5th St., Suite 2300
Minneapolis, MN 55402
(612) 335-1974
(612) 335-1657
jeff.eyres@leonard.com

is admitted to practice *pro hac vice* as counsel for Northwest Airlines Corporation in the above-captioned case in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

2

(ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____, 2008
       New York, New York

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>NORTHWEST AIRLINES CORPORATION, *et al.*,<br><br>　　　　　　　　　　　　　　Debtors. | Bankruptcy Court<br>Chapter 11<br>Case No.: 05-17930 (ALG)<br>Adv. Pro. No. 06-01446<br>Jointly Administered |
| NORTHWEST AIRLINES, INC.,<br><br>　　　　　　　　　　　　　　Appellant,<br><br>　　　　　-against-<br><br>CAPP SEVILLE, INC.,<br><br>　　　　　　　　　　　　　　Appellee. | CIVIL ACTION<br><br>No. 08-04742 (GBD)<br><br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK:
　　　　　　　　　　　: SS
COUNTY OF NEW YORK:

　　　　Roddie Don Daniels, being duly sworn, deposes and says:

　　　1.　　I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, NY 10281.

　　　2.　　On the 1st day of August, 2008, I served a true and correct copy of the

- Motion to Admit Counsel *Pro Hac Vice* of Jeffrey A. Eyres

by depositing a true copies thereof enclosed in an official depository under the exclusive care and custody of the U.S. Postal service, addressed to the following:

Derek L. Wright　　　　　　　　　　　David B. Goroff
Foley & Lardner LLP　　　　　　　　Foley & Lardner LLP
321 North Clark Street　　　　　　　321 North Clark Street
Suite 2800　　　　　　　　　　　　　Suite 2800
Chicago, IL  60610　　　　　　　　　Chicago, IL  60610

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Roddie Don Daniels

Sworn to before me on this
1st day of August 2008

_____

NEIL A. ELLMAN
Notary Public, State of New York
No. 41-4661078
Qualified in Queens County
Certificate filed in New York County
Commission Expires 2/28/10

USActive 13565581.1