| | |
|---|---|
| Bruce R. Zirinsky<br>Gregory M. Petrick<br>Nathan A. Haynes<br>CADWALADER, WICKERSHAM & TAFT LLP<br>Counsel for Appellant Northwest Airlines, Inc.<br>One World Financial Center<br>New York, New York 10281<br>Telephone: (212) 504-6000<br>Facsimile: (212) 504-6666 | Jeffrey A. Eyres*<br>Brian W. Thomson*<br>LEONARD STREET AND DEINARD PA<br>Counsel for Appellant Northwest Airlines, Inc.<br>150 South 5th Street, Suite 2300<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 335-1500<br>Facsimile: (612) 335-1657<br>*(*Pro Hac Vice* Admission Pending) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>NORTHWEST AIRLINES CORPORATION, *et al.*,<br><br>Debtors. | **Bankruptcy Court**<br>**Chapter 11**<br>Case No.: 05-17930 (ALG)<br>Adv. Pro. No. 06-01446<br>Jointly Administered |
| NORTHWEST AIRLINES, INC.,<br><br>Appellant,<br><br>-against-<br><br>CAPP SEVILLE, INC.,<br><br>Appellee. | CIVIL ACTION<br><br>No. 08-04742 (GBD)<br><br>Hon. George B. Daniels |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Nathan A. Haynes, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Brian W. Thomson
Leonard, Street and Deinard
Professional Association
150 S. 5th St., Suite 2300
Minneapolis, MN 55402
(612) 335-7090
(612) 335-1657

Brian W. Thomson is a member in good standing of the bar of the State of Minnesota. There are no pending disciplinary proceedings against Brian W. Thomson in any State or Federal court.

Dated: August 1, 2008
New York, New York

**CADWALADER, WICKERSHAM & TAFT LLP**

Bruce R. Zirinsky
Gregory M. Petrick
Nathan A. Haynes
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

- and -

**LEONARD STREET AND DEINARD PA**

Jeffrey A. Eyres*
Brian W. Thomson*
150 South 5th Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
*(*Pro Hac Vice* Admission Pending)

Counsel for Appellant Northwest Airlines, Inc.

| | |
|---|---|
| Bruce R. Zirinsky | Jeffrey A. Eyres* |
| Gregory M. Petrick | Brian W. Thomson* |
| Nathan A. Haynes | LEONARD STREET AND DEINARD PA |
| CADWALADER, WICKERSHAM & TAFT LLP | Counsel for Appellant Northwest Airlines, Inc. |
| Counsel for Appellant Northwest Airlines, Inc. | 150 South 5th Street, Suite 2300 |
| One World Financial Center | Minneapolis, Minnesota 55402 |
| New York, New York  10281 | Telephone:  (612) 335-1500 |
| Telephone:  (212) 504-6000 | Facsimile:  (612) 335-1657 |
| Facsimile:  (212) 504-6666 | *(*Pro Hac Vice* Admission Pending) |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** <br><br> **NORTHWEST AIRLINES CORPORATION,** *et al.*, <br><br> Debtors. | **Bankruptcy Court** <br> **Chapter 11** <br> Case No.: 05-17930 (ALG) <br> Adv. Pro. No. 06-01446 <br> **Jointly Administered** |
| **NORTHWEST AIRLINES, INC.,** <br><br> Appellant, <br><br> -against- <br><br> **CAPP SEVILLE, INC.,** <br><br> Appellee. | **CIVIL ACTION** <br><br> **No. 08-04742 (GBD)** <br><br> **Hon. George B. Daniels** |

State of New York   )
                    )   ss:
County of New York  )

**AFFIDAVIT OF NATHAN A. HAYNES IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Nathan A. Haynes, being duly sworn, hereby deposes and says as follows:

1. I am Special Counsel at Cadwalader, Wickersham & Taft, LLP counsel for Appellant Northwest Airlines, Inc. in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts

set forth herein and in support of Appellant's motion to admit Brian W. Thomson as counsel *pro hac vice* to represent Appellant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 24, 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Brian W. Thomson since 2006.

4. Brian W. Thomson is an attorney at Leonard, Street and Deinard, PA in Minneapolis, Minnesota.

5. A Certificate of Good Standing for Brian W. Thomson from the State of Minnesota Supreme Court is attached hereto as Exhibit A.

6. I have found Brian W. Thomson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

7. Accordingly, I am pleased to move the admission of Brian W. Thomson, *pro hac vice*.

8. I respectfully submit a proposed order granting the admission of Brian W. Thomson, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Brian W. Thomson, *pro hac vice*, to represent Appellant in the above captioned matter, be granted.

Respectfully Submitted,

_____
Nathan A. Haynes (NH 4955)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666

SWORN TO BEFORE ME this
1st day of August, 2008

_____
NOTARY PUBLIC

DOREEN CUSUMANO
Notary Public, State of New York
No. 01CU6065126
Qualified in Richmond County
Commission Expires October 9, 20__

**EXHIBIT A**

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

BRIAN WILLIAM THOMSON

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 25, 2002

Given under my hand and seal of this court on

July 30, 2008

*Fredrick K. Grittner*
Fredrick K. Grittner
Clerk of Appellate Courts

**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**NORTHWEST AIRLINES CORPORATION**, *et al.*,<br><br>Debtors. | **Bankruptcy Court**<br>**Chapter 11**<br>Case No.: 05-17930 (ALG)<br>Adv. Pro. No. 06-01446<br>**Jointly Administered** |
| **NORTHWEST AIRLINES, INC.**,<br><br>Appellant,<br><br>-against-<br><br>**CAPP SEVILLE, INC.**,<br><br>Appellee. | CIVIL ACTION<br><br>No. 08-04742 (GBD)<br><br>Hon. George B. Daniels |

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Nathan A. Haynes attorney for Northwest Airlines, Inc. and said sponsor of attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Brian W. Thomson
Leonard, Street and Deinard
Professional Association
150 S. 5th St., Suite 2300
Minneapolis, MN 55402
(612) 335-1974
(612) 335-1657
jeff.eyres@leonard.com

is admitted to practice *pro hac vice* as counsel for Northwest Airlines, Inc. in the above-captioned case in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

2

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2008
       New York, New York

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>NORTHWEST AIRLINES CORPORATION, *et al.*,<br><br>                                                  Debtors. | Bankruptcy Court<br>Chapter 11<br>Case No.:  05-17930 (ALG)<br>Adv. Pro. No. 06-01446<br>Jointly Administered |
| NORTHWEST AIRLINES, INC.,<br><br>                                                  Appellant,<br><br>                    -against-<br><br>CAPP SEVILLE, INC.,<br><br>                                                  Appellee. | CIVIL ACTION<br><br>No. 08-04742 (GBD)<br><br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK:
                                    : SS
COUNTY OF NEW YORK:

    Roddie Don Daniels, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, NY 10281.

    2.    On the 1st day of August, 2008, I served a true and correct copy of the

- Motion to Admit Counsel *Pro Hac Vice* of Brian W. Thomson

by depositing a true copies thereof enclosed in an official depository under the exclusive care and custody of the U.S. Postal service, addressed to the following:

Derek L. Wright
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL  60610

David B. Goroff
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL  60610

*[signature]*
Roddie Don Daniels

Sworn to before me on this
1st day of August 2008

*[signature: Neil A. Ellman]*

NEIL A. ELLMAN
Notary Public, State of New York
No. 41-4661078
Qualified in Queens County
Certificate filed in New York County
Commission Expires 2/28/10

USActive 1356558