UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

NORTHWEST AIRLINES CORPORATION, *et al.*,

                Debtors.

NORTHWEST AIRLINES, INC.,

                Appellant,

    -against-

CAPP SEVILLE, INC.,

                Appellee.

Bankruptcy Court
Chapter 11
Case No.: 05-17930 (ALG)
Adv. Pro. No. 06-01446
Jointly Administered

CIVIL ACTION

No. 08-04742 (GBD)

Hon. George B. Daniels

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG - 5 2008

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Nathan A. Haynes attorney for Northwest Airlines, Inc. and said sponsor of attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Jeffrey A. Eyres
Leonard, Street and Deinard
Professional Association
150 S. 5th St., Suite 2300
Minneapolis, MN 55402
(612) 335-1974
(612) 335-1657
jeff.eyres@leonard.com

is admitted to practice *pro hac vice* as counsel for Northwest Airlines Corporation in the above-captioned case in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 4, 2008
New York, New York

AUG 5 2008.

_____
UNITED STATES DISTRICT JUDGE

**HON. GEORGE B. DANIELS**

USActive 13561664.2

2