UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>NORTHWEST AIRLINES CORPORATION, *et al.*,<br><br>                      Debtors. | Bankruptcy Court<br>Chapter 11<br>Case No.: 05-17930 (ALG)<br>Adv. Pro. No. 06-01446<br>Jointly Administered |
| NORTHWEST AIRLINES, INC.,<br><br>                      Appellant,<br><br>        -against-<br><br>CAPP SEVILLE, INC.,<br><br>                      Appellee. | CIVIL ACTION<br><br>No. 08-04742 (GBD)<br>ECF Case<br><br>Hon. George B. Daniels |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Lawrence J. Field, shall appear as counsel of record for NORTHWEST AIRLINES, INC. in this case.

Dated: August 6, 2008
                                By:    s/ Lawrence J. Field
                                              Lawrence J. Field (LF 6166)
                                              Jeffrey A. Eyres (*pro hac vice pending*)
                                              Brian W. Thomson (*pro hac vice pending*)
                                              LEONARD STREET AND DEINARD
                                                Professional Association
                                            150 South 5th Street, Suite 2300
                                            Minneapolis, Minnesota 55402
                                            Telephone:  (612) 335-7090
                                            Facsimile:  (612) 335-1657
                                            E-mail: lawrence.field@leonard.com

                                            **COUNSEL FOR APPELLANT**
                                            **NORTHWEST AIRLINES, INC.**

5479135v1