Olya Petukhova (OP 1377)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
opetukhova@foley.com
(212) 682-7474

*Attorneys for Appellee Capp Seville, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**NORTHWEST AIRLINES CORPORATION**, *et al.*,<br><br>Debtors. | **Bankruptcy Court**<br>**Chapter 11**<br>**Case No.: 05-17930 (ALG)**<br>**Adv. Pro. No. 06-01446**<br>**Jointly Administered** |
| **NORTHWEST AIRLINES, INC.**,<br><br>Appellant,<br><br>-against-<br><br>**CAPP SEVILLE, INC.**,<br><br>Appellee. | **CIVIL ACTION**<br><br>No. 08-04742 (GBD)<br><br>Hon. George B. Daniels |

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Olya Petukhova, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name:    David B. Goroff
    Firm Name:    Foley & Lardner LLP
    Address:    321 North Clarke Street
        Suite 2800
    City/State/Zip:    Chicago, IL 60654-5313
    Phone Number:    (312) 832-4500
    Fax Number:    (312) 832-4700

NYC_279879.1

David B. Goroff is a member in good standing in the Bar of the State of Illinois. There are no pending disciplinary proceeding against David B. Goroff in any State or Federal court.

Dated:  August 5, 2008
        New York, New York

                                      FOLEY & LARDNER LLP

                                      */s/ Olya Petukhova*
                                      Olya Petukhova (OP 1377)
                                      FOLEY & LARDNER LLP
                                      90 Park Avenue
                                      New York, New York 10016
                                      opetukhova@foley.com
                                      Tel: (212) 682-7474

                                      *Attorneys for Appellee Capp Seville, Inc.*

NYC_279879.1

Olya Petukhova (OP 1377)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
opetukhova@foley.com
(212) 682-7474

*Attorneys for Appellee Capp Seville, Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**NORTHWEST AIRLINES CORPORATION,** *et al.*,<br><br>Debtors. | **Bankruptcy Court<br>Chapter 11**<br>Case No.: 05-17930 (ALG)<br>Adv. Pro. No. 06-01446<br>**Jointly Administered** |
| **NORTHWEST AIRLINES, INC.,**<br><br>Appellant,<br><br>-against-<br><br>**CAPP SEVILLE, INC.,**<br><br>Appellee. | **CIVIL ACTION**<br><br>**No. 08-04742 (GBD)**<br><br>**Hon. George B. Daniels** |

**AFFIDAVIT OF OLYA PETUKHOVA
IN SUPPORT OF WRITTEN MOTION TO ADMIT COUNSEL *PRO HAC VICE***

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Olya Petukhova, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Foley & Lardner LLP, counsel for Appellee Capp Seville, Inc. in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Appellee's motion to

NYC_279879.1

admit David B. Goroff as counsel pro hac vice to represent Appellee Capp Seville, Inc. in this matter.

2. I am a member in good standing of the bar of the State of New York. I was admitted to practice law in the State of Wisconsin on September 16, 2004, and I was admitted to practice law in the State of New York on August 1, 2006. I am also admitted to the bar of the United States District Court for the Southern District of New York, and I am in good standing with this Court.

3. David B. Goroff is a Partner at Foley & Lardner LLP in Chicago, Illinois.

4. David B. Goroff is a member in good standing in the Bar of the State of Illinois. A Certificate of Good Standing from the Bar of the State of Illinois is attached as Exhibit A.

5. I understand Mr. Goroff to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure. I know of no reason why Mr. Goroff should not be admitted pro hac vice.

6. Accordingly, I am pleased to move the admission of David B. Goroff, pro hac vice.

7. I respectfully submit a proposed order granting the admission of David B. Goroff, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit David B. Goroff, pro hac vice, to represent Appellee Capp Seville, Inc. in the above captioned matter, be granted.

Dated: August 5, 2008
New York, NY

Respectfully submitted,

*Olya Petukhova*
Olya Petukhova  (OP 1377)

Sworn to before me this
5th day of August 2008
*Douglas Heffer*
Notary Public, State of New York

DOUGLAS HEFFER
Notary Public, State of New York
No. 02HE6172565
Qualified in New York County
Commission Expires Aug. 13, 20 11

NYC_279879.1

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

David Barry Goroff

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 7, 1985 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, July 25, 2008.

*Juleann Hornyak*

Clerk

Olya Petukhova (OP 1377)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
opetukhova@foley.com
(212) 682-7474

*Attorneys for Appellee Capp Seville, Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**NORTHWEST AIRLINES CORPORATION,** *et al.,*<br><br>Debtors. | **Bankruptcy Court<br>Chapter 11**<br>Case No.: 05-17930 (ALG)<br>Adv. Pro. No. 06-01446<br>Jointly Administered |
| **NORTHWEST AIRLINES, INC.,**<br><br>Appellant,<br><br>-against-<br><br>**CAPP SEVILLE, INC.,**<br><br>Appellee. | **CIVIL ACTION**<br><br>No. 08-04742 (GBD)<br><br>Hon. George B. Daniels |

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Olya Petukhova, attorney for Appellee Capp Seville, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | David B. Goroff |
| Firm Name: | Foley & Lardner LLP |
| Address: | 321 North Clarke Street<br>Suite 2800 |
| City/State/Zip: | Chicago, IL 60654-5313 |
| Phone Number: | (312) 832-4500 |
| Fax Number: | (312) 832-4700 |
| Email Address: | dgoroff@foley.com |

NYC_279879.1

is admitted to practice pro hac vice as counsel for Appellee Capp Seville, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  August    , 2008
       New York, New York

 

_____
United States District/Magistrate Judge

Olya Petukhova (OP 1377)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
opetukhova@foley.com
(212) 682-7474

*Attorneys for Appellee Capp Seville, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**NORTHWEST AIRLINES CORPORATION,** *et al.,*<br><br>Debtors. | **Bankruptcy Court**<br>**Chapter 11**<br>Case No.: 05-17930 (ALG)<br>Adv. Pro. No. 06-01446<br>Jointly Administered |
| **NORTHWEST AIRLINES, INC.,**<br><br>Appellant,<br><br>-against-<br><br>**CAPP SEVILLE, INC.,**<br><br>Appellee. | CIVIL ACTION<br><br>No. 08-04742 (GBD)<br><br>Hon. George B. Daniels |

Martie P. Kutscher, of full age, certifies as follows:

I am a Paralegal employed with the firm of Foley & Lardner LLP, Attorneys for Appellee Capp Seville, Inc. listed in the documents herein.

On August 5, 2008 I served **MOTION TO ADMIT DAVID B. GOROFF** *PRO HAC VICE*, **AFFIDAVIT OF OLYA PETUKHOVA IN SUPPORT OF MOTION TO ADMIT**

NYC_69509.1

DAVID B. GOROFF *PRO HAC VICE*, and **ORDER TO ADMIT DAVID B. GOROFF** *PRO HAC VICE*, via United States first class mail upon:

Jeffrey A. Eyres
Brian W. Thomson
Leonard Street and Deinard
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
jeff.eyres@leonard.com
brian.thomson@leonard.com

Dale E. Barney
Gibbons, Del Deo, Dolan, Griffinger & Vecchione PC
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
dbarney@gibbonslaw.com

Paula L. Roby
Elderkin and Pirnie, P.L.C.
115 First Avenue S.E.
Cedar Rapids, Iowa 52401
plroby@elderkinpirnie.com

Bruce R. Zirinsky
Gregory M. Petrick
Nathan A. Haynes
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
gregory.petrick@cwt.com

_____
Martie P. Kutscher

Sworn to before me this
5th day of August, 2008

_____
Notary Public, State of New York

ELIZABETH MARMO
NOTARY PUBLIC, State of New York
No. 01MA7725970
Qualified in New York County
Commission Expires April 30, 2010

2

NYC_69509.1