UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>NORTHWEST AIRLINES CORPORATION, *et al*.,<br><br>                              Debtors. | Bankruptcy Court<br>Chapter 11<br>Case No.: 05-17930 (ALG)<br>Adv. Pro. No. 06-01446<br>Jointly Administered |
| NORTHWEST AIRLINES, INC.,<br><br>                       Appellant,<br><br>      -against-<br><br>CAPP SEVILLE, INC.,<br><br>                       Appellee. | CIVIL ACTION<br><br>No. 08-04742 (GBD)<br><br>Hon. George B. Daniels |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR APPELLANT NORTHWEST AIRLINES, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Northwest Airlines, Inc. (a private non-governmental party) certifies that the

5450141v1

Northwest Airlines, Inc. is a wholly owned subsidiary of Northwest Airlines Corporation and that Northwest Airlines Corporation is a publicly-traded corporation.

Dated: August 11, 2008            By:    s/ Brian W. Thomson
                                            Lawrence J. Field (LF 6166)
                                            Jeffrey A. Eyres (*pro hac vice*)
                                            Brian W. Thomson (*pro hac vice*)
                                            LEONARD STREET AND DEINARD
                                               Professional Association
                                            150 South 5th Street, Suite 2300
                                            Minneapolis, Minnesota 55402
                                            Telephone:  (612) 335-7090
                                            Facsimile:  (612) 335-1657

                                            **COUNSEL FOR APPELLANT**
                                            **NORTHWEST AIRLINES, INC.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>NORTHWEST AIRLINES CORPORATION, *et al.*,<br><br>　　　　　　　　　　Debtors. | Bankruptcy Court<br>Chapter 11<br>Case No.: 05-17930 (ALG)<br>Adv. Pro. No. 06-01446<br>Jointly Administered |
| NORTHWEST AIRLINES, INC.,<br><br>　　　　　　　　　　Appellant,<br><br>　　-against-<br><br>CAPP SEVILLE, INC.,<br><br>　　　　　　　　　　Appellee. | CIVIL ACTION<br><br>No. 08-04742 (GBD)<br>ECF Case<br><br>Hon. George B. Daniels |

## CERTIFICATE OF SERVICE

I, Brian W. Thomson, hereby certify that on August 11, 2008, I hereby certify that on July 28, 2008, I caused the following document:

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR APPELLANT NORTHWEST AIRLINES, INC.**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    David B. Goroff           dgoroff@foley.com;

    Gregory M. Petrick, Sr.    gregory.petrick@cwt.com;

    Jeffrey A. Eyres           jeff.eyres@leonard.com

    Brian W. Thomson      brian.thomson@leonard.com

and to be mailed by first class mail, postage paid, to the following non-ECF participants:

2

Dated: August 11, 2008                By:   s/ Brian W. Thomson
                                        Lawrence J. Field (LF 6166)
                                        Jeffrey A. Eyres (*pro hac vice pending*)
                                        Brian W. Thomson (*pro hac vice pending*)
                                        LEONARD STREET AND DEINARD
                                            Professional Association
                                        150 South 5th Street, Suite 2300
                                        Minneapolis, Minnesota 55402
                                        Telephone:  (612) 335-7090
                                        Facsimile:  (612) 335-1657

                                        **COUNSEL FOR APPELLANT**
                                        **NORTHWEST AIRLINES, INC.**