Olya Petukhova (OP 1377)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
opetukhova@foley.com
(212) 682-7474



*Attorneys for Appellee Capp Seville, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**NORTHWEST AIRLINES CORPORATION**, *et al.*,<br><br>Debtors.<br><br>**NORTHWEST AIRLINES, INC.**,<br><br>Appellant,<br><br>-against-<br><br>**CAPP SEVILLE, INC.**,<br><br>Appellee. | **Bankruptcy Court**<br>**Chapter 11**<br>**Case No.: 05-17930 (ALG)**<br>**Adv. Pro. No. 06-01446**<br>**Jointly Administered**<br><br>**CIVIL ACTION**<br><br>No. 08-04742 (GBD)<br><br>Hon. George B. Daniels |

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Olya Petukhova, attorney for Appellee Capp Seville, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Derek L. Wright |
| Firm Name: | Foley & Lardner LLP |
| Address: | 321 North Clarke Street<br>Suite 2800 |
| City/State/Zip: | Chicago, IL 60654-5313 |
| Phone Number: | (312) 832-4500 |
| Fax Number: | (312) 832-4700 |
| Email Address: | dwright@foley.com |

NYC_279883.1

is admitted to practice pro hac vice as counsel for Appellee Capp Seville, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 11, 2008
New York, New York

*[signature]*
HON. GEORGE B. DANIELS
United States District/Magistrate Judge

NYC_279883.1