UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | x | Bankruptcy Court<br>Chapter 11 |
| | : | Case No.: 05-17930 (ALG) |
| NORTHWEST AIRLINES CORPORATION, *et al.*, | : | Adv. Pro. No. 06-01446 |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | x | |
| NORTHWEST AIRLINES, INC., | x | |
| Appellant, | : | CIVIL ACTION |
| - against – | : | No. 08-04742 (GBD) |
| CAPP SEVILLE, INC., | : | Hon. George B. Daniels |
| Appellee. | : | |
| | : | |
| | x | |

### AFFIDAVIT OF MAILING

STATE OF NEW YORK      )
                                             ) ss.:
COUNTY OF NEW YORK )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services LLC), 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2. On August 8, 2008, I caused to be served true and correct copies of the "Appellant Northwest Airlines, Inc.'s Memorandum in Support of its Appeal of the April 11, 2008 Order and Judgment of the United States Bankruptcy Court for the Southern District of New York," dated August 7, 2008, [Docket No. 14], enclosed securely in separate postage pre-paid envelopes, to be delivered by facsimile to the party listed on the annexed Exhibit "A" and by electronic mail to those parties listed on the annexed Exhibit "B".

3. All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
11th day of August, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA6148??
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\NWA\Affidavits\Memo in Support_Aff 8-8-08.doc

**EXHIBIT "A"**

Case 1:08-cv-04742-GBD   Document 19   Filed 08/19/2008   Page 2 of 5

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Brian Masumoto, Esq.
**Facsimile:(212) 668-2255**

**EXHIBIT "B"**

Otterbourg, Steindler, Houston & Rosen, P.C.
Counsel to the Post-Effective Date Committee
230 Park Avenue
New York, New York 10169
Attn: Scott Hazan, Esq.,
Harris J. Diamond, Esq.,
John Paul G. Igoe, Esq.
shazan@oshr.com
hdiamond@oshr.com
jigoe@oshr.com

Counsel for Larken:

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Attn: Dale E. Barney, Esq.
dbarney@gibbonslaw.com

Elderkin & Pirnie, P.L.C.
115 First Avenue, S.E., P.O. Box 1968
Cedar Rapids, Iowa 52406
Attn: Paula L. Roby, Esq.
Dan Childers
dchilders@ElderkinPirnie.com
plroby@ElderkinPirnie.com