UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>NORTHWEST AIRLINES CORPORATION, et al.,<br><br>Debtors. | Bankruptcy Court<br>Chapter 11<br>Case No.: 05-17930 (ALG)<br>Adv. Pro. No. 06-01446<br>Jointly Administered |
| NORTHWEST AIRLINES, INC.,<br><br>Appellant,<br><br>-against-<br><br>CAPP SEVILLE, INC.,<br><br>Appellee. | CIVIL ACTION<br><br>No. 08-04742 (GBD)<br><br>Hon. George B. Daniels |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR APPELLEE
<u>CAPP SEVILLE, INC.</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Capp Seville, Inc. (a private non-governmental party) certifies that Capp Seville, Inc. is a wholly-owned subsidiary of Capp Industries, which is not a publicly-traded corporation.

Dated: August 21, 2008

By: /s/ David B. Goroff
David B. Goroff
Michael J. Small
Derek L. Wright
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60654-5313
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

*Attorneys for Appellee
Capp Seville, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>NORTHWEST AIRLINES CORPORATION, et al.,<br><br>                              Debtors. | Bankruptcy Court<br>Chapter 11<br>Case No.:  05-17930 (ALG)<br>Adv. Pro. No. 06-01446<br>Jointly Administered |
| NORTHWEST AIRLINES, INC.,<br><br>                              Appellant,<br><br>          -against-<br><br>CAPP SEVILLE, INC.,<br><br>Appellee. | CIVIL ACTION<br><br>No. 08-04742 (GBD)<br>ECF Case<br><br>Hon. George B. Daniels |

## CERTIFICATE OF SERVICE

I, David B. Goroff, hereby certify that on August 21, 2008, I caused the following document:

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR APPELLEE
CAPP SEVILLE, INC.**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Gregory M. Petrick, Sr. | gregory.petrick@cwt.com,<br>allison.dipasqua@cwt.com |
| Jeffrey A. Eyres | jeff.eyres@leonard.com |
| Brian W. Thomson | brian.thomson@leonard.com |
| Lawrence J. Field | lawrence.field@leonard.com |

Dated:  August 21, 2008         By:      /s/ David B. Goroff
                                     David B. Goroff
                                     Michael J. Small
                                     Derek L. Wright

CHI2_1686122.1

>   Foley & Lardner LLP
>   321 North Clark Street, Suite 2800
>   Chicago, Illinois 60654-5313
>   Telephone: (312) 832-4500
>   Facsimile: (312) 832-4700
>
>   *Attorneys for Appellee*
>   *Capp Seville, Inc.*

3

CHI2_1686122.1